# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 30, 2012

143886

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v                                            SC: 143886
                                               COA: 304701
                                               Kent CC: 09-013414-FH

NICOLE MARIE ABBOTT,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the August 3, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 30, 2012                                                 

y0123                                                             Clerk